UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

                              Case No.: 09-73135
                              Judge: Shefferly
                              Chapter: 13

Mark Lange,
        Debtor.
_____/

## ORDER VOLUNTARILY DISMISSING
## CHAPTER 13 AND TERMINATING WAGE ORDER

     This matter having come before the court upon petition of the debtor, and the court being fully advised thereof;

     It is hereby ordered that this Chapter 13 matter is dismissed and that the wage order is terminated.

.

**Signed on March 30, 2010**

                                                   **___ _/s/ Phillip J. Shefferly _ __**
                                                   **Phillip J. Shefferly**
                                                   **United States Bankruptcy Judge**