UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:  Case No: 09-73135
　　　　　Judge Shefferly
　　　　　Chapter 13

Mark Lange,
　　　　　Debtors.
_____/
Christopher E. Frank (P67169)
Attorney for Debtor
117 W. 4th Street, Suite 201
Royal Oak, MI  48067
(248) 677-7445　　　　　　　/

ORDER APPROVING FIRST FEE APPLICATION

　　　　This matter having come before the Court upon the application of Christopher E. Frank, all interested parties having been served with notice of the application and the provisions of LBR 2016-2 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

　　　　IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

   | | |
   |---|---|
   | FEES RECEIVED DIRECTLY FROM CLIENT | $500.00 |
   | PRIOR AWARD(S) FOR FEES: | $ 0.00 |
   | PRIOR AWARD(S) FOR COSTS: | $ -0- |
   | TOTAL AWARD TO DATE | $ 0.00 |
   | THIS AWARD FOR FEES: | $4,181.10 |
   | THIS AWARD FOR COSTS: | $ 51.60 |
   | TOTAL THIS AWARD: | $4,232.70 |
   | GRAND TOTAL FEES AND COSTS | $4,232.70 |
   | BALANCE TO BE PAID BY TRUSTEE | $3,732.70 |

2. This award covers services rendered and expenses incurred during the time period of September 18, 2009 to March 29, 2010.

　　　　　　　　　　　　.

**Signed on April 22, 2010**

　　　　　　　　　　　　　　　　　　　　　**___ _/s/ Phillip J. Shefferly _ __**

Phillip J. Shefferly

United States Bankruptcy Judge